| JOHN BREWSTER OHLE, III | * | NO. 2022-CA-0565 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| DENNIS E. RINCK, JR. AND RIVERTOWN LAW CENTER, LLC | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**